UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRST BANK AND TRUST** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-955 c/w 12-825**<br>**Pertains to 12-825** |
| **COMMONWEALTH LAND**<br>**TITLE INSURANCE COMPANY** | **SECTION: C(5)** |

## ORDER

In defendant's answer, although the statement was ambiguous, he stated "lack of privity" as an affirmative defense. Rec. Doc. 8. While the Court is unclear what the defendant meant from this statement, it appears that he may have been agreeing with the plaintiff that he lacks privity to be the owner of the Annunciation Street property. Rec. Doc. 1. Furthermore, considering the Court having ordered that if defendant did not file an opposition to Plaintiff's Motion for Summary Judgment by 4:30 p.m. on November 21, 2012, it would be considered unopposed, and further considering that as of this time, the record reflects that no action has been taken;

Accordingly,

IT IS ORDERED that summary judgment is granted in favor of the plaintiff. Rec. Doc. 21.

IT IS FURTHER ORDERED that the Court having granted this motion for summary judgment, a judgment be ENTERED in this matter in favor of the plaintiff.

IT IS FURTHER ORDERED that a copy of this order shall be sent to the defendant, Adrian E. Woods, certified mail, return receipt requested, at his record address.

New Orleans, Louisiana, this 19th day of December, 2012.

**Helen G. Berrigan**
**U.S. District Judge**